## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV4856                    Assigned/Issued By: DAJ

Judge Name: DOW                          Designated Magistrate Judge: MASON

---

### FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other _____
             [ ] $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350.00                    Receipt #: 3050411

Date Payment Rec'd: 08/25/08           Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
                                         *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets
                                         [ ] Other
[ ] Writ _____            _____
        *(Type of Writ)*                 *(Type of issuance)*

1 Original and 0 copies on 08/25/08 as to DEF.
                      *(Date)*